**FILED**
July 30, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>TASNEEF AHMED CHOWDHURY,<br><br>    Defendant. | Case No. 2:19-MJ-00114-DB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>TASNEEF AHMED CHOWDHURY</u>, Case No. <u>2:19-MJ-00114-DB</u>, Charge <u>Title 21 USC §§ 846, 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __  Release on Personal Recognizance

  ✔  Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

    __  Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

  ✔  (Other)   <u>USM to release defendant at 9:00 a.m. on 7/31/2019</u>

<u>to Pretrial Services. With supervision and pretrial release conditions as stated</u>

<u>on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 30, 2019</u> at <u>2:35</u> pm..

          By  /s/ Deborah Barnes
             Deborah Barnes
             United States Magistrate Judge